**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

      Stephen D Tenuto

      Debtor(s)

Case No. 17-25798

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

      Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2017.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/23/2018.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $81,019.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

Total paid by or on behalf of the debtor      $1,460.00
Less amount refunded to debtor      $0.00

**NET RECEIPTS:**      **$1,460.00**

## Expenses of Administration:

Attorney's Fees Paid Through the Plan      $1,377.52
Court Costs      $0.00
Trustee Expenses & Compensation      $82.48
Other      $0.00
**TOTAL EXPENSES OF ADMINISTRATION:**      **$1,460.00**

Attorney fees paid and disclosed by debtor:      $1,464.58

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORP | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 214.18 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 11,566.27 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 19,627.25 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Unsecured | 14,485.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 1,398.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCIAL | Unsecured | 10,693.00 | NA | NA | 0.00 | 0.00 |
| HSBC/DISCOVER | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,121.00 | NA | NA | 0.00 | 0.00 |
| JVDB ASC/SIR FINANCE CORPORATI | Unsecured | 1,706.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST BANK & TRUST | Unsecured | 805.00 | NA | NA | 0.00 | 0.00 |
| MEADOWS CREDIT UNION | Unsecured | 2,704.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,430.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,266.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PAYDAY LOAN | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| OPPORTUNITY FINANCIAL LLC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 1,121.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PAYPAL BILL ME LATER | Unsecured | 2,319.00 | NA | NA | 0.00 | 0.00 |
| PROSPER MARKETPLACE | Unsecured | 4,162.00 | NA | NA | 0.00 | 0.00 |
| QUICK CLICK LOANS | Unsecured | 2,667.00 | NA | NA | 0.00 | 0.00 |
| REVIVER FINANCIAL | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,768.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE CORPORATION | Unsecured | 2,596.00 | NA | NA | 0.00 | 0.00 |
| SOVEREIGN ADVANCE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON | Unsecured | 554.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |
| TARGET FINANCIAL LLC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 3,142.00 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT INC/DR ADAM SZATK | Unsecured | 1,714.00 | NA | NA | 0.00 | 0.00 |
| TELECHECK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| THE HUNTINGTON NATIONAL BANK | Unsecured | 2,748.00 | NA | NA | 0.00 | 0.00 |
| TOTAL LOAN COMPANY | Unsecured | 3,500.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA FINANCIAL SERVICES | Unsecured | 10,714.00 | NA | NA | 0.00 | 0.00 |
| TREMONT LENDING | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| TURNER ACCEPTANCE CORPORATI( | Unsecured | 1,687.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL LENDERS INC | Unsecured | 3,160.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATIO | Unsecured | 1,908.00 | NA | NA | 0.00 | 0.00 |
| ZINGO CASH | Unsecured | 2,299.00 | NA | NA | 0.00 | 0.00 |
| AAA CHECKMATE | Unsecured | 2,820.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES/DI1 | Unsecured | 3,075.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,235.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE PAYCHECK INC | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS/TCF BANI | Unsecured | 3,427.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| ARGON CREDIT | Unsecured | 8,862.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK | Unsecured | 4,100.00 | NA | NA | 0.00 | 0.00 |
| BELL FUNDING GROUP | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| BMAC LOANS | Unsecured | 2,777.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Unsecured | 4,481.00 | NA | NA | 0.00 | 0.00 |
| BROOKWOOD LOANS | Unsecured | 3,369.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN FINANCE | Unsecured | 3,132.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 7,384.00 | NA | NA | 0.00 | 0.00 |
| CFS AURORA | Unsecured | 1,720.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 2,121.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS BANK | Unsecured | 2,279.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF DUPAGE FINANCIAL AI | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FCU | Unsecured | 1,318.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| DEPAUL UNIVERSITY | Unsecured | 3,850.00 | NA | NA | 0.00 | 0.00 |
| DITRONICS FINANCIAL SERVICES | Unsecured | 3,075.00 | NA | NA | 0.00 | 0.00 |
| DNF ASSOCIATES LLC | Unsecured | 3,482.00 | NA | NA | 0.00 | 0.00 |
| ELGIN COMMUNITY COLLEGE | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE HOLDINGS | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| FIRST MERIT BANK | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| GARY A SMILEY ESQ/AAA CHECKIN( | Unsecured | 2,463.00 | NA | NA | 0.00 | 0.00 |
| GARY A SMILEY ESQ/BROTHER LOA | Unsecured | 2,680.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,460.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS :** | **$1,460.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/24/2018

By: /s/ Glenn Stearns
_____
Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**